ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2006 MAR -6 AM 9:37
CLERK _L. Ilbrden_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JAMES NATHANIEL DIXON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CV 105-208 |
| | ) | (CR 197-43) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The Title 28, United States Code, Section 2255 motion is **DENIED,** and this civil action is **CLOSED.**

SO ORDERED this 6th day of March, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE